AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:21-mj-00042-RMM |
| Klete Derik Keller | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Klete Derik Keller

Date:  01/15/2021

*Attorney's signature*

Edward B. MacMahon, Jr.  Bar # 411165
*Printed name and bar number*

P.O. Box 25, 107 E. Washington Street
Middleburg, VA 20118
2600 Pennsylvania Avenue, NW, # 604
Washington, DC 20037
*Address*

ebmjr@macmahon-law.com
*E-mail address*

(540) 687-3902
*Telephone number*

(540) 687-6366
*FAX number*