UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-104 (RJL) |
| v. : | |
| : | |
| KLETE DERIK KELLER : | |
| : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Amanda Jawad is entering her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    ACTING UNITED STATES ATTORNEY
    D.C. Bar No.415793

    By: /s/ *Amanda Jawad*

    AMANDA JAWAD
    NY Bar No. 5141155
    Assistant United States Attorney
    District of Columbia Detailee
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    Telephone: (313) 226-9116
    Amanda.Jawad@usdoj.gov

## CERTIFICATE OF SERVICE

On this 13th day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

> */s/ Amanda Jawad*
> AMANDA JAWAD
> Assistant United States Attorney