CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Criminal Case No.: 21-cr-104-RJL
)
KLETE DERIK KELLER )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States attorney

Approved:
_____  Date: 9/29/21
Richard J. Leon
United States District Judge