UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 21-cr-104 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **KLETE DERIK KELLER,** | : | |
| | : | |
| Defendant. | : | |

**AMENDED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

This motion serves as an amended motion to disclose certain materials to replace the previously filed motion seeking the same relief (ECF No. 28), which mistakenly left a "DRAFT" watermark in the motion and proposed order.

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.

The United States conferred with counsel for the defendant regarding this motion, and counsel had no objection.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
Troy A. Edwards, Jr.
N.Y. Bar No. 5453741
Amanda Jawad
Assistant United States Attorneys
555 Fourth Street, N.W.,
Washington, DC   20530
Troy.Edwards@usdoj.gov
(202) 252-7081