Rev. 9/2011

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Criminal Case No.: 21-Cr-104

3/2/2023

### PASSPORT RECEIPT

Defendant's passport, number __53234O47O__, has been surrendered to the undersigned Deputy Clerk.

ANGELA D. CAESAR, Clerk

By: __Klete Derik Keller__
      Defendant

By: __Laurence Pieni Louis__ (signature)
      Deputy Clerk