IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KLETE DERIK KELLER,<br>　　　　　*Defendant*. | Case No.: 1:21-cr-00104-RJL<br><br>Hon. Richard J. Leon |

**DEFENDANT'S MOTION
FOR SUBSTITUTION OF COUNSEL**

Klete Derik Keller, by counsel, respectfully submits this motion, and accompanying Order, for the substitution of his Counsel of Record. In support thereof, Mr. Keller states as follows:

**DISCUSSION**

On January 15, 2021, Edward B. MacMahon, Jr., entered his Notice of Attorney Appearance, as Mr. Keller's counsel of record, in the above-captioned matter. (Dkt. 5). From January 2021 through September 2021, Mr. MacMahon engaged in negotiations with the government to resolve Mr. Keller's case, resulting in a Plea Agreement and Statement of Offense being filed with this Court on September 29, 2021. (Dkt. 25, 25). Currently, Sentencing in Mr. Keller's matter is scheduled for May 10, 2023, with the parties' respective Positions on Sentencing due no later than May 3, 2023. (Min Entry, 1/20/23).

Sadly, on March 12, 2023, Mr. MacMahon passed away from various health-related complications. *See Edward MacMahon Obituary*, WASHINGTON POST (Mar. 21, 2023) (available at: https://www.legacy.com/us/obituaries/washingtonpost/name/edward-macmahon-obituary?id=51261374).

1

After speaking with Mr. Keller, MacMahon's law office contacted the undersigned to inquire about taking over Mr. Keller's representation. Undersigned counsel has spoken at length with Mr. Keller and has obtained his permission to take over the representation in this matter.

On March 27, 2023, undersigned counsel entered his Notice of Attorney Appearance on behalf of Mr. Keller. (Dkt. 42). Undersigned counsel is admitted to practice in this Court and is in Good Standing with the Clerk of Court.

## CONCLUSION

In light of the aforementioned reasons, Mr. Keller respectfully asks this Court to enter the attached order striking Mr. MacMahon's Appearance and replacing his Counsel of Record with undersigned Counsel.

Respectfully Submitted,

KLETE DERIK KELLER,
By Counsel

_____/s/_____
Zachary A. Deubler, D.C. Bar #1615063
Carmichael Ellis & Brock, PLLC
108 N. Alfred Street, 1st Floor
Alexandria, VA 22314
703.684.7908 (T)
703.649.6360 (F)
zach@carmichaellegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2023, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Zachary A. Deubler, D.C. Bar #1615063