IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KLETE DERIK KELLER,<br>     *Defendant*. | Case No.: 1:21-cr-00104-RJL<br><br>Hon. Richard J. Leon<br><br>Sentencing: May 10, 2023 at 3:30 PM |

**DEFENDANT'S UNOPPOSED**
**MOTION TO CONTINUE SENTENCING**

  Klete Derik Keller, by counsel, respectfully submits this motion, and accompanying Order, asking the Court to briefly continue the Sentencing hearing currently docketed for May 10, 2023 at 3:30 PM. In support thereof, Mr. Keller states as follows:

**DISCUSSION**

  On January 15, 2021, Edward B. MacMahon, Jr., entered his Notice of Attorney Appearance, as Mr. Keller's counsel of record, in the above-captioned matter. (Dkt. 5). From January 2021 through September 2021, Mr. MacMahon engaged in negotiations with the government to resolve Mr. Keller's case, resulting in a Plea Agreement and Statement of Offense being filed with this Court on September 29, 2021. (Dkt. 25, 25). Currently, sentencing in Mr. Keller's matter is scheduled for May 10, 2023, with the parties' respective Positions on Sentencing due no later than May 3, 2023. (Min Entry, 1/20/23).

  Sadly, on March 12, 2023, Mr. MacMahon passed away from various health-related complications. *See Edward MacMahon Obituary*, WASHINGTON POST (Mar. 21, 2023) (available at: https://www.legacy.com/us/obituaries/washingtonpost/name/edward-macmahon-obituary?id=51261374).

1

After speaking with Mr. Keller, MacMahon's law office contacted undersigned counsel to inquire about taking over Mr. Keller's representation. Counsel has spoken at length with Mr. Keller and has obtained his permission to take over the representation in this matter. On March 27, 2023, Counsel entered his Notice of Attorney Appearance on behalf of Mr. Keller, (Dkt. 42), and filed a motion seeking to be substituted as Counsel of Record in the above-captioned matter. (Dkt. 43).

Counsel has been in communication with MacMahon's law office and is currently coordinating the transfer of Mr. Keller's files. However, given the suddenness of Mr. MacMahon's passing, Counsel has been unable to obtain Mr. Keller's full file as of the date of the instant motion.

Moreover, Counsel has been in communication with both counsel for the government and the assigned probation officer. The parties are working towards providing Counsel access to the discovery material in this matter and to bring Counsel up-to-speed on the cooperation provided by Mr. Keller to government investigators. Again, however, given the suddenness of MacMahon's passing, Counsel has not received or reviewed the discovery files associated with Mr. Keller's criminal matter. Furthermore, the assigned probation officer has informed Counsel that U.S. Probation also could benefit from additional time to complete the PSI investigation and accompanying pre-sentence report.

Additionally, Mr. Keller has informed Counsel that he has been under the care of a physician for certain sinus-related issues and that his physician has tentatively scheduled him for minor sinus surgery on May 31, 2023.[1]

---

[1] Should the Court require, Counsel is able to provide documentation concerning Mr. Keller's surgery. However, the procedure is minimally invasive and Mr. Keller should be discharged from the Hospital the same day of his procedure.

Counsel will work expeditiously to bring himself up to date with Mr. Keller's criminal case, and the government has been very accommodating of Counsel's current difficulty being a "newcomer" to the present matter. Without assuming the availability of the Court's docket, the parties, including the probation officer, have conferred regarding a suitable date for Mr. Keller's sentencing and have determined that Friday, July 7, 2023 at 3:30 PM is the most appropriate date to continue Mr. Keller's sentencing to.

Counsel for the government has advised the undersigned that the government does not object to the proposed continuance.

## **CONCLUSION**

In light of the aforementioned reasons, Mr. Keller respectfully asks this Court to enter the attached Order continuing his sentencing in the above-captioned matter to that Friday, July 7, 2023 at 3:30 PM, and setting a new briefing schedule for the submission of the parties' respective Position on Sentencing.

Respectfully Submitted,

KLETE DERIK KELLER,
By Counsel

_____/s/_____
Zachary A. Deubler, D.C. Bar #1615063
Carmichael Ellis & Brock, PLLC
108 N. Alfred Street, 1st Floor
Alexandria, VA 22314
703.684.7908 (T)
703.649.6360 (F)
zach@carmichaellegal.com

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of March 2023, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                                         _____/s/_____
                                                                      Zachary A. Deubler, D.C. Bar #1615063