#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KLETE DERIK KELLER,<br>　　　　　　*Defendant*. | Case No.: 1:21-cr-00104-RJL<br><br>Hon. Richard J. Leon |

### ORDER

THIS MATTER comes before the Court on the Defendant's Unopposed Motion To Continue Sentencing, currently docked for May 10, 2023 at 3:30 PM.

And it APPEARING to the Court that good cause has been shown, considering the representations made by counsel, to continue Defendant's currently scheduled sentencing hearing; it is thereby

ORDERED that the Defendant's Sentencing Hearing presently scheduled for May 10, 2023 at 3:30 PM is reset for Friday, July 7, 2023 at 3:30 PM. It is FURTHER ORDERED that the parties file their respective Positions on Sentencing no later than June 30, 2023.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this ____ day of _____, 2023.

_____
Richard J. Leon, United States District Court Judge