IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KLETE DERIK KELLER,

    *Defendant.*

Case No.: 1:21-cr-00104-RJL
Hon. Richard J. Leon

### NOTICE FOR THE SUGGESTION OF DEATH OF COUNSEL

The Clerk of this Court will please be advised Edward B. MacMahon, Jr., Counsel for defendant, Klete Derik Keller, died on March 12, 2023. *See Edward MacMahon Obituary,* WASHINGTON POST (Mar. 21, 2023) available at https://wwww.legacy.com/us/obituaries/washingtonpost/name/edward-macmahon-obituary?id+51261374).

I hereby certify that I have contacted defendant, Klete Derik Keller to advised him of Mr. MacMahon's passing. Mr. Keller advised that he has retained Zachary A. Deubler, Esquire as his counsel.

Paul E. MacMahon
Executor for the Estate of
  Edward B. MacMahon, Jr.
110 East Washington Street
Middleburg, Virginia 20117
540-687-5588
info@sheridanmacmahon.com



RECEIVED
Mail Room
APR - 7 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

     I hereby certify that on April __6__, 2023, I filed this Motion for Suggestion of Death of Counsel using FedEx to the Clerk of Court, who will send notification of such filing to all counsel of record.

_/s/ Paul E. MacMahon_
Paul E. MacMahon
Executor for the Estate of
    Edward B. MacMahon, Jr.
